UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KAROLINA SORENSSON )
     Plaintiff, )
v. )  **JUDGMENT**
            )   4:23-cv-2-FL
STATE OF NORTH CAROLINA, )
ROY COOPER, *Governor,* )
MATT DELBRIDGE, *DA,* )
TAYLOR CARRERE, and CHELSEA )
FLYNT, *Assistant DA* )
     Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 3, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on October 3, 2023, and Copies To:**
Karolina Sorensson  (via US Mail) 511 N. Queen St, Apt #6-G, Kinston Towers, Kinston, NC 28501

October 3, 2023         PETER A. MOORE, JR., CLERK


             /s/ Sandra K. Collins
      (By) Sandra K. Collins, Deputy Clerk